CRIMINAL MINUTES
PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                    Case 1:02cr115

vs

JORDAN BENJAMIN

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter:    ditigal recording    104729
Date:              3/16/07 @ 11:00 a.m.

Attorney for USA:         Deborah Grimes
Attorney for Defendant:   Federal Public Defender  C Ransom Hudson

✓ Initial appearance held. Defendant informed of rights and charges.

✓ Case continued for Probable Cause Hearing ✓    Detention Hearing ✓
on  Mar. 20, 2007  1:30  before MJ. Hogan
___ Probable cause hearing held/waived. Defendant to appear before District Judge Spiegel for Probation Violation/supervised release hearing.

___ Probable cause found / not found

___ Defendant DETAINED pending hearing.
___ Defendant RELEASED on _____ bond

✓ Order APPOINTING counsel   FPD

Remarks:
_____
_____
_____