AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

2007 MAR 20 PM 1:02

__Southern__ DISTRICT OF __Ohio (Western Division)__

UNITED STATES OF AMERICA

v.

__Jordan Benjamin__

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: __1:02cr115__

I, __Jordan Benjamin__, charged in a (complaint) (petition) pending in this District with __Supervised Release Violation__ in violation of Title __18__, U.S.C., __3583__, and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

X _[signature]_
Defendant

_[signature]_
Counsel for Defendant

__3/20/07__
Date