AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA

                                                Case Number:   1:02-cr-00115

V.

JORDAN BENJAMIN                     Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that the SUPERVISED RELEASE REVOCATION HEARING (FINAL) in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Courtroom #4, Room 842 |
| | DATE AND TIME<br>APRIL 12, 2007 at 10:00 AM |

                                                  JAMES BONINI, CLERK

                                                  s/Kevin Moser
                                                  Kevin Moser
                                                  Case Manager
                                                  (513) 564-7620

cc: Tim Oakley, Esq., AUSA     W. Kelly Johnson, Esq.     USMS     Probation     Pretrial Services