AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __OHIO__

UNITED STATES OF AMERICA

v.

**JORDAN BENJAMIN**

**WARRANT FOR ARREST**

Case Number: **1:02-CR-00115**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JORDAN BENJAMIN__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☒ Violation  ☐ Probation Violation Petition

charging him or her    (brief description of offense)

VIOLATIONS OF CONDITIONS OF SUPERVISED RELEASE (SEE ATTACHED PETITION)

in violation of Title _____ United States Code, Section(s) _____

JAMES BONINI  By: Kevin Moser, Deputy Clerk
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

**CLERK**
Title of Issuing Officer

March 14, 2007, Cincinnati, Ohio
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant

7811 STILLWELL #2 CINCINNATI OH

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 03/15/07 | | |
| DATE OF ARREST 03/16/07 | BRAD RAMEY DUSM | _[signature]_ 3058 |