UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.

JORDAN BENJAMIN

Case Number: 1:02-cr-00115

Senior District Judge S. Arthur Spiegel

NOTICE

The SUPERVISED RELEASE REVOCATION HEARING (FINAL) previously scheduled for APRIL 12, 2007 at 10:00 AM is hereby VACATED, pursuant to this Court's Order modifying Defendant's conditions of supervision (doc. 37).

JAMES BONINI, CLERK

s/Kevin Moser
Kevin Moser
Case Manager
(513) 564-7620