CRIMINAL MINUTES
PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America      Case 1:02cr115

vs

JORDAN BENJAMIN

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter:    ditigal recording    13173 4
Date:           7/10/07 @ 1:30

Attorney for USA:      Anthony Springer
Attorney for Defendant:   Federal Public Defender *Kelly Johnson* *

✓ Initial appearance held. Defendant informed of rights and charges.

✓ Case continued for Probable Cause Hearing ✓ Detention Hearing ✓
on Fri July 13, 2007 1:30
___ Probable cause hearing held/waived. Defendant to appear before District Judge Spiegel for Probation Violation/supervised release hearing.

___ Probable cause found / not found

___ Defendant DETAINED pending hearing.
___ Defendant RELEASED on _____ bond

✓ Order APPOINTING counsel   CJA

Remarks:
* FPD is withdrawn from violation representation.
CJA to be appointed

[FILED stamp: 07 JUL 10 PM 1:45, U.S. DISTRICT COURT, SOUTHERN DIST OHIO, WEST DIV CINCINNATI, JAMES BONINI CLERK]