UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

UNITED STATES OF AMERICA

-vs-                                                         Case No.  CR-1-02-115 (1)

**JORDAN BENJAMIN**

_____

**ORDER APPOINTING
CRIMINAL JUSTICE ACT PANEL ATTORNEY**

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he/she: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that the Criminal Justice Act Panel Attorney is appointed to represent the above named defendant in this case.  The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Cincinnati, Ohio on July 10, 2007.

*Timothy S. Black*
_____
TIMOTHY S. BLACK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Attorney
Asst. Federal Public Defender
Jordan Benjamin