UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1-02-CR-115 |
| | : | |
| Plaintiff, | : | Judge Spiegel |
| | : | |
| v. | : | |
| | : | |
| JORDAN BENJAMIN, | : | **NOTICE OF RECOMMENDATION** |
| | : | **FOR APPOINTMENT OF COUNSEL** |
| Defendant. | : | |

Steven S. Nolder, Federal Public Defender for the Southern District of Ohio, respectfully recommends that, Curtis E. Kissinger, Esq., Cohen, Todd, Kite, & Stanford, 250 E. 5th St., Ste. 1200, Cincinnati, OH 45202 be appointed to represent the defendant in the above-captioned case as of July 10, 2007.

Respectfully submitted,

STEVEN S. NOLDER
FEDERAL PUBLIC DEFENDER

s/W. Kelly Johnson
W. Kelly Johnson (0037241)
Assistant Federal Public Defender
2000 URS Center
36 East Seventh Street
Cincinnati, Ohio 45202
(513) 929-4834

CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the United States Attorneys Office, Atrium II, 221 E. Fourth Street, Suite 400, Cincinnati, Ohio 45202.

s/W. Kelly Johnson
W. Kelly Johnson