CRIMINAL MINUTES
PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                Case 1:02cr115

vs

JORDAN BENJAMIN

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter:    Mary Ann Ranz
Date:              7/13/07 @ 1:30

Attorney for USA:         Anthony Springer
Attorney for Defendant:   CJA counsel to be appointed   Curtis Kissinger

_____ Initial appearance held. Defendant informed of rights and charges.

_____ Case continued for Probable Cause Hearing _____ Detention Hearing _____
      on _____

__✓__ Probable cause hearing held/(waived)  Defendant to appear before District Judge
      _____ for Probation Violation/supervised release hearing.

_____ Probable cause found / not found

__✓__ Defendant DETAINED pending hearing.
_____ Defendant RELEASED on _____ bond

_____ Order APPOINTING counsel _____

Remarks:
Michelle Meritt present. Re-evaluation before MJ Black on Mon. July 16, 2007 1:30 re issue of electronic monitoring

FILED JAMES BONINI CLERK 07 JUL 13 PM 1:51 U.S. DISTRICT COURT SOUTHERN DIST OHIO WEST DIV CINCINNATI