AO 456s (Rev. 8/01)  Notice

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

UNITED STATES OF AMERICA

                                                      Case Number:   1:02-cr-00115

V.

JORDAN BENJAMIN                          Senior District Judge S. Arthur Spiegel

## NOTICE

**TAKE NOTICE** that the SUPERVISED RELEASE REVOCATION HEARING (FINAL) in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Potter Stewart U.S. Courthouse<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | Courtroom #4, Room 842 |
| | DATE AND TIME |
| | AUGUST 28, 2007 at 10:00 AM |

SPECIAL INSTRUCTIONS:

                                                      JAMES BONINI, CLERK

                                                    s/Kevin Moser
                                                    Kevin Moser
                                                    Case Manager
                                                    (513) 564-7620

cc: Tim Oakley, Esq., AUSA    Hal Arenstein, Esq.    USMS    Probation    Pretrial Services