UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

                Case No. 1:02cr115

     v.

JORDAN BENJAMIN
    Defendant.

## CRIMINAL MINUTES before
## Magistrate Judge Timothy S. Black

Courtroom Deputy: **Jan Lahley**
Court Reporter Mary Ann Ranz
Date/Time:    7/16/07 @ 1:30
United States Attorney:    Anthony Springer

Defendant Attorney    Curtis Kissinger

*Initial Appearance: [] Complaint; [] Indictment; [] Information; or [] petition for supervised release*

[ ] Counsel present

[ ] Defendant informed of his / her rights    [ ] Defendant provided copy of charging document

[ ] Government moves for defendant to be detained pending detention hearing _____

[ ] Financial affidavit presented to the Court/Defendant

[ ] Counsel appointed.

Bond Review: *de novo review of detention determination. ∆ ordered detained unless EMU option so given. Continued to July 23, 2007 1:30*

*Detention hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order

Plaintiff Witness _____ Defendant Witness _____

[ ] OR  [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____

Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify

[ ] refrain from alcohol [ ]narcotic drugs unless prescribed [ ]use of firearms [ ] Travel Restricted to _____

*Pretrial Bond Violation Hearing:*

[ ] bond revoked - defendant detained pending trial [ ] bond continued [ ] bond modified:

Preliminary Exam Hearing set _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ] waived; [ ] bond continued/denied

AUSA Witnesses: _____ Defendant Witnesses: _____

_____ _____

AUSA Exhibits: _____ Defendant Exhibits: _____

*Arraignment on [] Indictment or [] Information or [ ] Misdemeanor Information:*

Defendant waives reading [ ]    Defendant pleads:  [ ] GUILTY  [ ] NOT GUILTY

[ ] PSI ordered    [ ] Sentencing set for _____

[ ] Case to proceed before Judge _____

*Removal Hearing (Rule 40):*

[ ] Defendant waives Identity Hearing.

[ ] Commitment to Another District Ordered (Rule 40).    [ ] Removed to _____

[ ] Probable Cause Found

Remarks:

U.S. DISTRICT COURT
SOUTHERN DIV. CINCINNATI OHIO
WEST DIV.
07 JUL 16 PM 2: 07
FILED
JAMES BONINI
CLERK