United States District Court
Southern District of Ohio
Western Division

United States of America,
    Plaintiff

vs.                                          1:02cr115

JORDAN BENJAMIN,
    Defendant                           **ORDER CONTINUING BOND**

On 7/16/07, the Court held a de novo bond review. For the reasons stated on the record, the Court finds that the residence and person with whom defendant's counsel suggested defendant might reside while on electronic monitoring is insufficient and the DETENTION PENDING TRIAL previously ordered in this matter is CONTINUED.

There will be a further hearing on July 23, 2007 at 1:30, at which time defense counsel may present any other housing suggestions.

IT IS SO ORDERED.

Date: 7/16/07

Timothy S. Black
United States Magistrate Judge