UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

Case No. 1:02cr115

v.

JORDAN BENJAMIN
Defendant.

## CRIMINAL MINUTES before
## Magistrate Judge Timothy S. Black

Courtroom Deputy: **Jan Lahley**
Court Reporter/digital recording:
Date/Time:        7/23/07 @ 1:30
United States Attorney:        Anthony Springer

Defendant Attorney        Curtis Kissinger

*Initial Appearance: [] Complaint; [] Indictment; [] Information; or [] petition for supervised release*

[ ] Counsel present

[ ] Defendant informed of his / her rights        [ ] Defendant provided copy of charging document

[ ] Government moves for defendant to be detained pending detention hearing _____

[ ] Financial affidavit presented to the Court/Defendant

[ ] Counsel appointed.

Bond Review: *Bond granted on Conditions : report to Probation; no drug; no dirty Urine; no change of residence; elec. monitoring at home of Mrs. Morales in Newtown, Ohio*

*Detention hearing:* [ ] Defendant to be detained pending trial pursuant to pretrial detention order

Plaintiff Witness _____        Defendant Witness_____

[ ] OR    [ ] Secured with _____ [ ] Electronic Monitor [ ] Other _____

Special Conditions of Release: [ ] Pretrial/Probation Supervision [ ] Drug testing & Treatment [ ] maintain employment & verify

[ ] refrain from alcohol [ ]narcotic drugs unless prescribed [ ]use of firearms [ ] Travel Restricted to _____

*Pretrial Bond Violation Hearing*:

[ ] bond revoked - defendant detained pending trial [ ] bond continued [ ] bond modified:

Preliminary Exam Hearing set _____

*Preliminary Exam:* [ ] Probable Cause found; [ ] not found; [ ]  waived; [ ] bond continued/denied

AUSA Witnesses:_____        Defendant Witnesses: _____

AUSA Exhibits:_____        Defendant Exhibits:_____

*Arraignment on [] Indictment or [] Information or [ ] Misdemeanor Information:*

Defendant waives reading  [ ]        Defendant pleads:    [ ] GUILTY    [ ] NOT GUILTY

[ ] PSI ordered        [ ] Sentencing set for _____

[ ] Case to proceed before Judge _____

*Removal Hearing (Rule 40):*

[ ] Defendant waives Identity Hearing.

[ ] Commitment to Another District Ordered (Rule 40).        [ ] Removed to _____

[ ] Probable Cause Found

Remarks: