UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:02-cr-00115 |
| Plaintiff, | : | Senior Judge S. Arthur Spiegel |
| vs. | : | **ORDER** |
| JORDAN BENJAMIN, | : | |
| Defendant. | : | |

    Upon request of counsel for the Defendant, and for good cause shown, the Warrant for Arrest previously issued on August 28, 2007 for Defendant's failure to appear is hereby RECALLED. The Court hereby RESETS this matter for a Final Hearing on Revocation of Supervised Release at 11:00 a.m. on September 11, 2007.

    SO ORDERED.

Date: August 28, 2007    s/S. Arthur Spiegel
                                       S. Arthur Spiegel
                                       United States Senior District Judge