# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 1:02-cr-00115-001 |
| | : | |
| Plaintiff | : | Senior Judge S. Arthur Spiegel |
| | : | |
| v. | : | *Electronically Filed* |
| | : | |
| JORDAN BENJAMIN, | : | **MOTION REQUESTING RESTORATION TO SUPERVISED RELEASE AND REMOVAL OF SPECIAL BOND CONDITIONS** |
| | : | |
| Defendant | : | |
| | : | |
| | : | |

Comes now Defendant, Jordan Benjamin, by and through counsel, with the agreement of the United States Probation Officer, Michelle Merrett, and hereby requests the Court to issue an Order restoring Defendant to the original terms and conditions of his Supervised Release and to remove the special conditions of home confinement and electronic monitoring imposed by the Court on September 11, 2007.

Defendant submits the following Memorandum in support of this request.

                                                    Respectfully submitted,

                                                    */s/ Curtis E. Kissinger*
                                                    Curtis E. Kissinger (0046737)
                                                    Attorney for Defendant, Jordan Benjamin
                                                    One West Fourth Street, Suite 900
                                                    Cincinnati, Ohio  45202-3688
                                                    (513) 381-9200
                                                    (513) 381-9206 (fax)
                                                    cek@rendigs.com

## MEMORANDUM

On September 11, 2007, Defendant, Jordan Benjamin, appeared before the Court for a Supervised Release revocation hearing. Upon request of the Probation Officer, the Court agreed to hold in abeyance the revocation proceedings for a period of 60 days in order to determine whether the Defendant could comply with the terms of his supervision. The Court further permitted Defendant to remain free on bond with the conditions of home confinement and electronic monitoring.

Based upon communications with the Probation Officer, it is counsel's understanding that Defendant has satisfied all terms and conditions of his supervised release and has had no violations of his bond restrictions. It is with the agreement of the Probation Officer that Defendant petitions the Court to allow him to be permitted to be returned to Supervised Release and that the Court order the removal of his bond restrictions including electronic monitoring and home confinement.

Respectfully submitted,

*/s/ Curtis E. Kissinger*
Curtis E. Kissinger (0046737)
Attorney for Defendant, Jordan Benjamin
One West Fourth Street, Suite 900
Cincinnati, Ohio 45202-3688
(513) 381-9200
(513) 381-9206 (fax)
cek@rendigs.com

## CERTIFICATE OF SERVICE

I certify that on April 14, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all participants involved in this matter.

*/s/ Curtis E. Kissinger*
Curtis E. Kissinger